In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, Appellant; FRANK L. WEIL et al., as Trustees of Series C-2, First Mortgage Participation Certificates, et al., Respondents.

Argued April 11, 1938; decided May 17, 1938.

*J. Donald Whelehan, Irving H. Jurow* and *William A. Shea* for appellant.

*Abraham J. Halprin* and *Sherman S. Rogers* for Frank L. Weil et al., as trustees, respondents.

*Michael F. Dee, Louis Glickhouse, Arthur Rosenberg, Rose Lader* and *Maurice Finkelstein* for Mortgage Commission, respondent.

*Robert F. Wagner, Francis J. Quillinan, Simon H. Rifkind, Alfred H. Hetkin, Henry Hetkin, Alexander Rubin, Thomas Keogh, Samuel Kramer* and *Philip M. Kleinfeld* for trustees of Series F-1, et al., *amici curiæ*.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.